SADIE LEVY, TILLIE RUSKIN and ROSE ZIMMERMAN, Appellants, v. CHARLES-ISIDORE HOLDING CORP., STEINHARDTS GARAGE, INC., HARRY COHEN and BERTHA COHEN, Respondents, Impleaded with Others, Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

LA MONT CORPORATION, Respondent, v. WALTER D. LA MONT, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of JULIUS BREGMAN, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

SOCIETY MILION ATHENA, INC., and LOUCAS A. AGGELOPOULOS, Suing in Their Own Behalf and in Behalf of All Other Persons Similarly Situated, v. NATIONAL BANK OF GREECE and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 804.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE NEW YORK TRUST COMPANY, as Mortgagee, etc., v. BENENSON BUILDING CORPORATION and Others, ALBERT J. COURTNEY and Others, Constituting the First Mortgage Bondholders' Committee, MILES S. ALTEMOSE and Others, Constituting the Protective Committee for First Mortgage 5½% Gold Loan Certificates, HOMER READ, JR., and Others, Constituting the Protective Committee for the 7% General Mortgage Bonds, Intervenors; SADYE F. BAYER, a Certificate Holder, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CARL JAMAKOR v. CONTINENTAL BAKING CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK v. ONE HUNDRED EIGHT WEST FORTY NINTH STREET CORP.—Motion for leave to appeal to the Court of Appeals granted. [See 255 App. Div. 570.] Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

EIGHTY-FIVE PARK AVENUE CORPORATION v. THE BOWERY SAVINGS BANK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MANUFACTURERS TRUST COMPANY, as Corporate Trustee, and CHARLES C. MOORE, as Individual Trustee, etc., v. ATHLETIC CLUB HOTELS CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN M. KELLY for an Order Pursuant to Article 78 of the Civil Practice Act against WILLIAM F. MORGAN, JR., Commissioner of Public Markets, Weights and Measures of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DAVID MACLEVY.— Motion for leave to appeal to the Court of Appeals dismissed. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.